IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| REDWOOD TECHNOLOGIES, LLC, § § § | |
| Plaintiff, § § | |
| v. § § | JURY TRIAL DEMANDED |
| § § | |
| TP-LINK TECHNOLOGIES CO., LTD., § § | C.A. NO. 2:22-cv-371 |
| Defendant. § § § | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Redwood Technologies, LLC hereby dismisses this action WITH PREJUDICE. Defendant TP-Link Technologies Co., Ltd. has not yet appeared and has not filed an answer or motion for summary judgment.

To this end, Plaintiff asks that the Court enter the attendant proposed Order of Dismissal.

Dated: October 28, 2022

Respectfully submitted,

/s/ *Patrick J. Conroy*
Patrick J. Conroy
Texas Bar No. 24012448
T. William Kennedy Jr.
Texas Bar No. 24055771
Jon Rastegar
Texas Bar No. 24064043
**Nelson Bumgardner Conroy PC**
2727 N. Harwood St.
Suite 250
Dallas, TX 75201
Tel: (214) 446-4950
pat@nelbum.com

        bill@nelbum.com
        jon@nelbum.com

        John P. Murphy
        Texas Bar No. 24056024
        **Nelson Bumgardner Conroy PC**
        3131 W 7th St
        Suite 300
        Fort Worth, TX 76107
        Tel: (817) 377-9111
        murphy@nelbum.com

        **Attorneys for Plaintiff**
        **Redwood Technologies, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on October 28, 2022.

        /s/ *Patrick J. Conroy*
        Patrick J. Conroy